

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8519 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Laura MAYA-Tejeda | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about June 7, 2008, within the Southern District of California, defendant Laura MAYA-Tejeda, did knowingly and intentionally import approximately 61.34 kilograms (134.94 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Mario Vazquez, Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9TH DAY OF JUNE 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

I, Special Agent Mario Vazquez, declare under penalty of perjury, the following is true and correct:

On 06/07/08, Laura MAYA-Tejeda entered the United States through the Calexico, California West Port of Entry. MAYA was the driver of a 1989 Ford Ranger Pick-up, bearing BA/MX license plate BN01584. US Customs and Border Protection Officer (CBPO) Bejarano discovered 29 packages concealed within the four tires and the spare of the vehicle. One package was probed by CBPO Bejarano producing a green leafy substance that field tested positive for marijuana. The 29 packages were removed and weighed with a total weight of 61.34 kilograms (134.94 Lbs.)

MAYA was arrested in violation of Title 21 United States Code (USC) 952, Importation of a Controlled Substance. MAYA acknowledged and waived her Miranda Rights. MAYA admitted knowledge of the marijuana concealed in the vehicle and stated that she was to be paid $500.00 to cross the vehicle into the United States.

Executed on June 8, 2008 (date) at 10:15 AM (time)

_____
SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on June 7, 2008, in violation of Title 21, United States Code, Section(s) 952 & 960.

_____       6/8/2008 at 10:35 a.m.
United States Magistrate Judge         Date/Time